UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                Plaintiff,

-against-

LESLIE JOBS; LESLIE JOBS DOBLES; APPLE INC.; APPLE CORP.,

                Defendants.

1:20-CV-0758 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 4, 2020, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 4, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge